**DISMISS; Opinion Filed August 28, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00623-CV

### IN THE INTEREST OF S.U., A MINOR CHILD

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-52121-2013**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

This is an appeal from the trial court's temporary orders in a pending suit for divorce and orders regarding conservatorship of the child. Because an appeal from an interlocutory order can only be taken if authorized by statute, and the Texas Family Code specifically precludes an interlocutory appeal from an order for the temporary conservatorship of a child, we directed appellant Father to file a letter brief demonstrating our jurisdiction over the appeal. *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2008); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). We directed Father to file the brief no later than July 29, 2013. To date, however, Father has not complied or otherwise communicated with the Court. Accordingly, with no authority granting us jurisdiction over the complained-of order, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Lana Myers/
LANA MYERS
130623F.P05                                      JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

In the Interest of S.U., A Minor Child

No. 05-13-00623-CV

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-52121-2013.
Opinion delivered by Justice Myers. Justices Lang and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Dawn Deborah Ukpong recover her costs of this appeal from appellant Onoyom Ukpong.

Judgment entered this 28th day of August, 2013.

/Lana Myers/
LANA MYERS
JUSTICE